**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| STANDCO INDUSTRIES, INC., | § | CASE NO. 10-37364-H4-11 |
| | § | |
| Debtor. | § | |

## WITNESS AND EXHIBIT LIST

| WITNESSES: | |
|---|---|
| 1. Robert M. Dalton | **Name of Debtor:** Standco Industries, Inc. |
| 2. Arch Granda | **Judge:** Hon. Jeff Bohm |
| 3. Impeachment/Rebuttal Witnesses | **Courtroom Deputy:** |
| | **Hearing Date:** September 17, 2010 |
| | **Hearing Time:** 4:00 P.M. (Central) |
| | **Party's Name:** Bank of America, N.A. |
| | **Attorney Names:** Karl Burrer |
| | **Attorneys Phone:** 713.547.2231 |
| | **Nature of Proceeding:** Hearing on *Emergency Motion For Use of Alleged Cash Collateral* [Docket No. 34] and *Emergency Application to Appoint Chief Restructuring Officer* [Docket No. 35] |

## EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| A-1 | The Second Amended and Restated Loan and Security Agreement, dated October 31, 1990. | | | | |
| A-2 | The First Amendment to the Amended and Restated Deed of Trust, dated October 31, 1990 | | | | |
| A-3 | The Fixed Asset Loan Rider Supplement to the Second Amended and Restated Loan and Security Agreement, dated October 31, 1990 | | | | |

| Ex. No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| A-4 | The Amended and Restated Term Notes Nos. 1, dated October 31, 1990 in the principal amounts of $512,545.15 | | | | |
| A-5 | The Amended and Restated Term Notes No. 2, dated October 31, 1990 in the principal amounts of $13,201,817.65 | | | | |
| A-6 | First Loan Modification Agreement, dated January 13, 1992 | | | | |
| A-7 | Second Loan Modification Agreement, dated May 7, 1993 | | | | |
| A-8 | Third Loan Modification Agreement, dated October 29, 1997 | | | | |
| A-9 | Fourth Loan Modification Agreement, dated March 10, 2004 | | | | |
| A-10 | Fifth Loan Modification Agreement, dated September 17, 2004 | | | | |
| A-11 | Sixth Loan Modification Agreement, dated December 20, 2004 | | | | |
| A-12 | Seventh Loan Modification Agreement, dated December 5, 2005 | | | | |
| A-13 | The Collection Account Agreement, dated October 31, 1990 | | | | |
| A-14 | Tax Agreement | | | | |
| A-15 | May 26, 2010 Borrowing Base Certificate | | | | |
| A-16 | June 30, 2010 Borrowing Base Certificate | | | | |
| A-17 | July 29, 2010 Notice of Default | | | | |

| Ex. No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| A-18 | August 3, 2010, Notice of Acceleration | | | | |
| A-19 | Debtor's Letter to Account Obligors | | | | |
| A-20 | March 31, 2010 Consolidated Balance Sheet | | | | |
| B | UCC Financing Statement | | | | |
| C | UCC Continuation Statements | | | | |
| D | June 23, 2010 Notice of Federal Tax Lien | | | | |
| E | August 18, 2010 Notice of Federal Tax Lien | | | | |
| F | Settlement Agreement (Rule 11 Agreement) | | | | |
| G | Standco Historical Financial Information | | | | |
| H | Summary of Payments to D. McCann from Standco Cash Account Trial Balance and Standco Cash Account Trial Balance | | | | |
| I | Standco Wire Transfer and Account Information | | | | |
| J | Standco Proposed Budget | | | | |
| K | Grandwest Analysis of Debtor's Proposed Budget | | | | |
| L | March 2010 Financial Statement | | | | |
| M | List of 20 largest Creditors | | | | |
| N | Resume of Arch Granda | | | | |
| | | | | | |
| | | | | | |

| Ex. No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---------|-------------|---------|-----------|------------------------|-------------|
|         |             |         |           |                        |             |

### Reservation of Rights

Bank of America, N.A. reserves the right to (a) supplement and/or amend this Witness and Exhibit List at any time prior to the Hearing; and (b) call any witness designated by any other party, as well as impeachment or rebuttal witnesses.

Dated: September 17, 2010.    Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Karl Burrer*
Patrick L. Hughes
Texas Bar No. 10227300
Karl Burrer
Texas Bar No. 24043584
1 Houston Center
1221 McKinney Street, Suite 2100
Houston, Texas  77010
Telephone:  (713) 547-2000
Facsimile:   (713) 547-260

**COUNSEL TO BANK OF AMERICA, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on the parties listed below by first class US Mail, postage prepaid and properly addressed on September 17, 2010, and upon the parties eligible to receive service through the Clerk's Office CM/ECF noticing facilities.

    */s/ Karl Burrer*
Karl Burrer

Standco Industries, Inc.
2701 Clinton Dr.
Houston, TX 77020

A-1 Delivery Services,Inc.
P.O.Box 36906
Houston, TX 77236-6906

A.T.& T
P.O.Box 105068
Atlanta, Ga 30348-5068

A.T.& T.
P.O.Box 5001
Carol Stream, IL 60197-5001

Ace Express
3340 A Greens Rd
Suite 200
Houston, TX 77032

Advance Comm Sys.
6201 Bonhomme
Suite 266N
Houston, TX 77036

AESC
14531 Fm 529
Ste.250
Houston, TX 77095

Age Industries,Inc
7001 Barney Rd
Houston, TX 77092

Air Care Southeast
615 Kansas
So.Houston, TX 77587

Allied Waste Services #852
P.O.Box 78829
Phoenix, AZ 85062-8829

Alloy & Stainless Fasteners
P.O.Box 974032
Dallas, TX 75397-4032

Asbury Graphite Mills,Inc.
P.O.Box 144
Asbury, Nj 08802-0144

Avaya , Inc
P.O.Box 5125
Carol Stream, IL 60197-5125

Barron's Print Shop
6730-A Bracknell
Houston, TX 77017

Brance Krachy Co.-151676
4411 Navigation
Houston, TX 77011-1035

Bank of America
C/O Kenneth W. Broughton
Haynes & Boone, Llp
1221 Mckinney, Suite 2100
Houston, TX 77010-2007

Bank of America, N.A.
C/O Karl Burrer
Haynes & Boone, Llp
1221 Mckinney, Suite 2100
Houston, TX 77010-2007

C.F.I.Delivery,Ltd.
P.O.Box 1393
San Antonio, TX 78295-1393

Cardolite
P.O.Box 415748
Boston, Ma 02241-5748

Centerpoint Energy
P.O.Box 2628
Houston, TX 77252-2628

CFI Delivery Ltd
P.O.Box 1393
San Antonio, TX 78295-1393

Chemetall Us,Inc.
22040 Network Place
Chicago, IL 60673-1220

City of Houston-Water Dept.
P.O.Box 1560
Houston, TX 77251

Clipper Express Co.
P.O.Box 91050
Chicago, IL 60693

Clyde Union,Inc.
Dept Ch 19400
Palatine, IL 60055-9400

Continental Tool
P.O.Box 266816
Houston, TX 77207-6816

Continental Tool & Sply.
P.O.Box 266816
Houston, TX 77207-6816

Control Forms,Inc.
10902 Kingspoint Rd.
Houston, TX 77075

Centerpoint Energy
P.O. Box 2628
Houston, TX 77252-2628

Centerpoint Energy
P.O. Box 4981
Houston, TX 77210-4981

Central Freight Lines
P O Box 2638
Waco, TX 76702-2638

Central Freight Lines Inc.
Po Box 2638
Waco, Texas 76702-2638

Christopher Naylor
4801 Woodway, Suite 420W
Houston, Texas 77056

D & F Distributing,Inc.
7600 W.Tidwell
Suite 200
Houston, TX 77040

D& P Technologies,Inc.
P.O.Box 10268
Houston, TX 77206

Diversified Sourcing Solutions
P.O.Box 41047
Baton Rouge, LA 70835

Double H Bands
6502 North County Rd.West
Odessa, TX 79764

Dxi Industries,Inc.
P.O.Box 200304
Houston, TX 77216-0304

Dyna-Mix,Inc.
P.O.Box 841469
Dallas, TX 75284-1469

E.I.Du Pont De Nemours & Co.
Dept 0133
P.O.Box 120133
Dallas, TX 75312-0133

Fedex
P.O.Box 660481
Dallas, TX 75266-0481

Ford Motor Credit Company LLC
Drawer 55-953
Po Box 55000
Detroit, MI48255

Frontier Fasteners
P.O.Box 1179
Channelview, TX 77530

Ford Motor Credit Company LLC
Drawer 55-953
Po Box 55000
Detroit, MI48255

General Services Co
P.O.Box 10029
New Iberia, LA 70562-0029

Global Friction Products,Inc.
2003 South 50Th Street
Tampa, Fl 33619

Gardere Wynne Sewell,LLP
1000 Louisiana
Suite 3400
Houston, TX 77002-5007

Gener Service Srl
53 Via Casale Nuovo
83100 Avellino
ITALY

Heroflon Usa Corporation
221 West Clay Ave.
Roselle Park, Nj 7204

Harris County Tax Assessor
P.O. Box 4622
Houston, TX 77210-4622

Ikon Office Solutions
P.O.Box 660342
Dallas, TX 75266-0342

Industrial Clutch & Gear
P.O.Box 1089
Humble, TX 77347-1089

Industrial Fire Equipment
204 North Palmer
Houston, TX 77229

Industrial Oil Products
144 Woodbury Rd
Woodbury, Ny 11797

Internal Revenue Service
1919 Smith Street, Stop 5025Hou
Houston, Texas 77002

Internal Revenue Service
Centralized Insolvency Unit
P.O. Box 21126
Philadelphia, PA19114

Internal Revenue Service
Stop #5026Aus
300 E 8Th Street
Austin, Texas 78701

Kardoes Rubber Co.
C/O Euler Hermes Uma
369 Pine St.-Ste.410
San Francisco, CA 94104

Keystone Screw
P.O.Box V
Willow Grove, PA19090

L.B.Walker & Associates
13111 Northwest Freeway
Suite 125
Houston, TX 77040-6321

Law Office of Robin W.Grover
1747 Pennsylvania Avenue,N.W.
Suite 1000
Washington, Dc 20006

Mark Mullin Co.
1222 Old North Place
Sand Springs, OK 74063

Mcbride Electric
6480 Weathers Place
Ste.340
San Diego, CA 92121

Mcbride Electric
P.O.Box 51837
Los Angeles, CA 90051-6137

Melton & Melton,LLP
6002 Rogerdale
Ste.200
Houston, TX 77072

Meyer Laboratory
2401 W.Jefferson
Blue Springs, Md 64015

Mitchell Mfg.Inc.
P.O.Box 289
Tomball, TX 77377-0289

Morgan Brake & Clutch,Inc
1701 Summit Avenue
Suite #6
Plano, TX 75074-8175

Mueller Water Conditioning
P.O.Box 975118
Dallas, TX 75397-5118

National Oilwell Varco
P.O.Box 843200
Dallas, TX 75284-3200

Norfab Corporation-W502011
P.O.Box 7777
Philadelphia, PA19175-2011

Office Depot Credit Plan
P.O.Box 689020
Des Moines, IA 50368-9020

P.A.T. Products,Inc.
44 Central Street
Bangor, Me 4401

Pitney Bowes Global Financial
P.O.Box 856460
Louisville, Ky 40285-6460

Professional Guard
P.O.Box 671586
Houston, TX 77267

Pump Energy,Inc.
P.O.Box 1888
Stafford, TX 77497

Richardson's Stamp Works
P.O.Box 55428
Houston, TX 77255

Sherwood Friction Material
P.O.Box 09218
Detroit, MI48209

Southeastern Frt.Lines
P.O.Box 100104
Columbia, Sc 29202-3104

Standard Fastener & Supply
P.O.Box 435
So.Houston, TX 77587

Southeastern Freight Lines,Inc.
C/O Law Office-Gary Bemis
3870 LA Sierra Ave.-Ste.239
Riverside, CA 92505

Teijin Aramid Usa,Inc.
P.O.Box 905800
Charlotte, NC 28290-5800

Texas Refinery Corp.
P.O.Box 711
Fort Worth, TX 76101

The Heitman Company,Inc.
P.O.Box 15588
Houston, TX 77220-5588

The NP Group,LLC
P.O.Box 671578
Dallas, TX 75267-1578

TXU Energy
P.O.Box 650638
Dallas, TX 75265-0638

TXU Energy
P.O. Box 650700
Dallas, TX 75265-0700

Tax Department
Texas Employment Commission
Austin, Texas 78778

Tennant Sales & Service Co.
P.O.Box 71414
Chicago, IL 60694-1414

Texas Workforce Commission
12455 Beechnut
Houston, TX 77072-3948

Texas Workforce Commission
Regulatory Integrity Division
101 East 15Th Street, Rm 556
Austin, Texas 78778-0001

Texas Workforce Commission
Regulatory Integrity Division - Sau
101 E 15Th Street Room 556
Austin TX 78778-001

Universal Plumbing
2301 Congress
Houston, TX 77003

US Trustee
Office Of The Us Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

Verizon Wireless
P.O.Box 660108
Dallas, TX 75266-0108

Well Servicing Magazine
10200 Richmond Avenue
Suite 275
Houston, TX 77042

Whitford Corporation
47 Park Avenue
Elverson, PA19520

YRC
Dallas, Tx 75373-0375

Zeon Chemicals L.P.
23853 Network Place
Chicago, IL 60673

Leonard H Simon
Pendergraft & Simon L.L.P.
2777 Allen Parkway
Ste 800
Houston, TX 77019

William P Haddock
Attorney At Law
2777 Allen Parkway
Suite 800
Houston, TX 77019