IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STANDCO INDUSTRIES, INC. | § | CASE NO. 10-37364 |
| | § | |
| Debtor. | § | |

---

| | | |
|---|---|---|
| STANDCO INDUSTRIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adversary No._____ |
| | § | |
| LARRY DOUGLAS MCCANN, | § | |
| | § | |
| Defendant. | § | |

## COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL AND FRAUDULENT TRANSFERS AND RECOVERY OF DAMAGES RESULTING FROM BREACH OF FIDUCIARY DUTY, EMBEZZLEMENT AND UNJUST ENRICHMENT

Standco Industries Inc. ("Standco") complains of Larry Douglas McCann ("McCann") as follows:

### PARTIES

1. Standco is a corporation that may be served through its undersigned counsel.

2. McCann is an individual that may be served with process pursuant to Fed. R. Bank. P. 7004(b) at 2625 Stoneleigh Circle, Richardson, Texas 75080.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(A), (E), (F), (H) and (O), and this Court may enter final judgment on the merits of the case.

4.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

5.      The statutory predicates for the relief requested herein are 11 U.S.C. §§ 547, 548 and 550 and Tex. Bus. & Com. Code §§ 24.005, 24.006 and 24.013.

## BACKGROUND

### A.    The Bankruptcy Case

6.      On August 31, 2010 (the "<u>Petition Date</u>"), Standco filed a voluntary petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "<u>Court</u>") for relief under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

7.      On July 21, 2011, the Court entered its Order Approving Disclosure and Confirming Combined Plan of Reorganization and Disclosure Statement, As Modified [Dkt 246] (the "<u>Confirmation Order</u>") confirming the Debtor's Combined Plan of Reorganization and Disclosure Statement (the "<u>Plan</u>").

8.      Under the Plan, Standco's claims and causes of action against others were retained for the benefit of Standco and its estate.

9.      The Chief Restructuring Officer was designated as Standco's estate's representative that has the right to commence, prosecute, or settle Standco's claims and causes of action.

### B.    The Transfers to McCann

10.     McCann was the majority shareholder and President and Chief Executive Officer of Standco.

11.     Standco transferred $3,146,657.36 (the "<u>Transfers</u>") to McCann from May 1, 2007 through the Petition Date.  A summary of the Transfers is attached as **Exhibit "A"**.

12.     On August 8, 2011, Standco sent a demand letter (the "Demand Letter") to McCann requesting: (i) that McCann return the preferential and/or fraudulent transfers; or (ii) that McCann provide Standco with valid defenses to payment, including an explanation of such defenses and copies of supporting documentation.

13.     McCann did not respond to the Demand Letter.

14.     Under information and belief, McCann diverted funds of Standco for the personal benefit of McCann and others.

15.     Under information and belief, Standco transferred the Transfers to McCann without receiving reasonably equivalent value.

**COUNT 1**
**RECOVERY OF PREFERENTIAL TRANSFERS UNDER 11 U.S.C. § 547**

16.     Standco incorporates all preceding paragraphs as if fully re-alleged.

17.     On or within one year before the Petition Date (the "Preference Period"), Standco transferred not less than $647,689.36 (collectively, the "Preferential Transfers") to McCann. A summary of the Preferential Transfers is included in **Exhibit "A"**.

18.     McCann was an "insider" of Standco within the meaning of section 101(31) of the Bankruptcy Code because he was a director, officer and/or person in control of Standco.

19.     McCann was an alleged creditor of Standco at the time of the Preferential Transfers within the meaning of section 101(10)(A) of the Bankruptcy Code.

20.     The Preferential Transfers were to or for the benefit of McCann under the meaning of section 547(b)(l) of the Bankruptcy Code because the Preferential Transfers either reduced or fully satisfied an alleged debt owed by Standco to McCann.

21.     The Preferential Transfers were for or on account of an alleged antecedent debt owed by Standco before the Preferential Transfers were made.

22.     Standco was insolvent during the Preference Period.

23.     As a result the Preferential Transfers, McCann received more than he would have received if: (i) Standco's case was under Chapter 7 of the Bankruptcy Code; (ii) the Preferential Transfers had not been made; and (iii) McCann received payment of his alleged debts under the provisions of the Bankruptcy Code.

24.     Accordingly, the Preferential Transfers are subject to avoidance under section 547(b) of the Bankruptcy Code, and Standco is entitled to judgment against McCann in the amount of the Preferential Transfers.

**COUNT 2**
**RECOVERY OF FRAUDULENT TRANSFERS UNDER 11 U.S.C. § 548**

25.     Standco incorporates all preceding paragraphs as if fully re-alleged.

26.     On or within two years before the Petition Date, Standco transferred not less than $1,588,859.71 (collectively, the "Fraudulent Transfers," and together with the Preferential Transfers, the "Avoidable Transfers") to McCann. A summary of the Fraudulent Transfers is included in **Exhibit "A"**.

27.     The Fraudulent Transfers were made with actual intent to hinder, delay or defraud any entity to which Standco was or became, on or after the date such Fraudulent Transfers occurred, indebted.

28.     In addition, Standco received less than reasonably equivalent value in exchange for the Fraudulent Transfers.

29.     Standco was: (i) insolvent on the date of each of the Fraudulent Transfers were made, or became insolvent as a result of such Fraudulent Transfers; (ii) engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with Standco was an unreasonably small capital; (iii) intended to incur, or believed that

Standco would incur, debts that would be beyond Standco's ability to pay as such debts matured; or (iv) made such transfer to or for the benefit of an insider, or incurred such obligation to or for the benefit of an insider, under an employment contract and not in the ordinary course of business.

30.     Accordingly, the Fraudulent Transfers are subject to avoidance under section 548(a) of the Bankruptcy Code, and Standco is entitled to judgment against McCann in the amount of the Fraudulent Transfers.

**COUNT 3**
**RECOVERY OF AVOIDABLE TRANSFERS UNDER 11 U.S.C § 550**

31.     Standco incorporates all preceding paragraphs as if fully re-alleged.

32.     Under 11 U.S.C. §550(a), Standco seeks that the Court enter a judgment finding that the Avoidable Transfers were preferential and/or fraudulent transfers pursuant to 11 U.S.C. §§ 547(b) and 548(a), and ordering the initial transferee of the Avoidable Transfers or any immediate or mediate transferee of the Avoidable Transfers to account for and reconvey, return and retransfer to Standco the sum of $1,588,859.71, plus costs and pre- and postjudgment interest to the maximum extent permitted by contract, law or equity.

**COUNT 4**
**RECOVERY OF TRANSFERS FRAUDULENT**
**AS TO PRESENT CREDITORS UNDER UFTA § 24.005**

33.     Standco incorporates all preceding paragraphs as if fully re-alleged.

34.     Chapter 24 of the Texas Business and Commerce Code may be cited as the Uniform Fraudulent Transfer Act (the "UFTA"). *See* Tex. Bus. & Com. Code § 24.001.

35.     McCann is an "insider" within the meaning of section 24.002(7) of the UFTA because he was a director, officer and/or person in control of Standco.

36.     On or within four years before the Petition Date, Standco transferred not less

than $3,146,657.36 (collectively, the "UFTA Transfers") to McCann. A summary of the UFTA Transfers is included in **Exhibit "A"**.

37.     Standco made the UFTA Transfers to McCann with actual intent to hinder, delay, or defraud any creditor of Standco.

38.     In addition, Standco made the UFTA Transfers to McCann without receiving reasonably equivalent value in exchange for the UFTA Transfers, and Standco (i) was engaged or was about to engage in a business or a transaction for which the remaining assets of Standco were unreasonably small in relation to the business or transaction; or (ii) intended to incur, or believed or reasonably should have believed that Standco would incur, debts beyond its ability to pay as they became due.

39.     Accordingly, the UFTA Transfers are subject to avoidance under UFTA, and Standco is entitled to judgment against McCann in the amount of the UFTA Transfers.

**COUNT 5**
**RECOVERY OF TRANSFERS FRAUDULENT AS TO**
**PRESENT AND FUTURE CREDITORS UNDER UFTA § 24.006**

40.     Standco incorporates all preceding paragraphs as if fully re-alleged.

41.     Standco made the UFTA Transfers without receiving reasonably equivalent value in exchange for the transfers.

42.     Standco was insolvent at the time of the UFTA Transfers or Standco became insolvent as a result of the UFTA Transfers.

43.     McCann had reasonable cause to believe that Standco was insolvent at the time the UFTA Transfers were made.

44.     The UFTA Transfers were made to McCann as an insider for an alleged antecedent debt.

45.     Accordingly, the UFTA Transfers are subject to avoidance under UFTA, and

Standco is entitled to judgment against McCann in the amount of the UFTA Transfers.

## COUNT 6
## BREACH OF FIDUCIARY DUTY

46.     Standco incorporates all preceding paragraphs as if fully re-alleged.

47.     McCann, as President and Chief Executive Officer of Standco, owed a fiduciary duty to Standco.

48.     McCann breached his fiduciary duty to Standco by diverting Standco's funds for his own personal purposes.

49.     McCann further breached his fiduciary duty to Standco by improperly managing Standco's finances and causing a default under Standco's secured obligations owed.

50.     McCann's breach of his fiduciary duties resulted in the ultimate liquidation and demise of Standco.

51.     McCann's breach of fiduciary duties was so egregious that it meets or comes close to the level that would be required to prove fraud, embezzlement, or larceny.

52.     Accordingly, Standco is entitled to recover all of its damages in an amount of not less than $3,146,657.36.

## COUNT 7
## EMBEZZLEMENT

53.     Standco incorporates all preceding paragraphs as if fully re-alleged.

54.     McCann had access to Standco's books.

55.     McCann converted Standco's property by making the Transfers to himself with the intent to defraud Standco.

56.     Standco seeks recovery of the Transfers embezzled by McCann.

57.     Accordingly, Standco is entitled to recover all of its damages in an amount of not

less than $3,146,657.36.

## COUNT 8
## UNJUST ENRICHMENT

58.     Standco incorporates all preceding paragraphs as if fully re-alleged.

59.     McCann received the Transfers representing funds that belong to Standco.

60.     McCann's receipt of the funds is wrongful in that Standco received no consideration for the Transfers to McCann.

61.     Standco seeks recovery of the Transfers unjustly had and received by McCann.

62.     Accordingly, Standco is entitled to recover all of its damages in an amount of not less than $3,146,657.36.

## COUNT 9
## ATTORNEYS' FEES, EXPENSES, COSTS AND INTEREST

63.     Standco incorporates all preceding paragraphs as if fully re-alleged herein.

64.     Standco requests that the Court award Standco all reasonable attorneys' fee, expenses, costs, and pre- and postjudgment interest allowed under section 24.013 of the UFTA and any other legal or equitable basis.

## CONCLUSION

65.     Based on the foregoing, Standco respectfully requests that this Court enter a judgment in favor of Standco and against McCann in the amount $3,146,657.36 plus attorneys' fees, expenses, costs, and interest and grant Standco such other and further relief as is just and equitable.

Dated: October 3, 2011.                    Respectfully submitted,

Peter C. Ruggero
State Bar No. 24044376
RUGGERO LAW FIRM
1411 West Ave, Ste 200
Austin, Texas 78701
512.473.8676
512.852.4407 (fax)

- and -

Michael S. Lee
State Bar No. 12129700
THE LEE FIRM
A Professional Corporation
615 N. Upper Broadway, Suite 708
Corpus Christi, Texas 78401-0732
361.882.4444
361.882.7844 (fax)

**SPECIAL COUNSEL FOR DEBTOR**

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

**EXHIBIT A**
**Larry Douglas McCann**
**Transfers**

| Reference No. | Date | Amount |
|---|---|---|
| 903535 | 08/16/10 | $7,500.00 |
| 118539 | 08/05/10 | $3,000.00 |
| 903520 | 08/02/10 | $8,378.00 |
| 903520V | 08/02/10 | -$8,378.00 |
| 903534 | 08/02/10 | $7,500.00 |
| 728 | 07/31/10 | $5,000.00 |
| 728 | 07/31/10 | $3,500.00 |
| 728 | 07/31/10 | $5,000.00 |
| 728 | 07/31/10 | $12,500.00 |
| 728 | 07/31/10 | $3,750.00 |
| 728 | 07/31/10 | $12,500.00 |
| 728 | 07/31/10 | $4,750.00 |
| 728 | 07/31/10 | $2,500.00 |
| 728 | 07/31/10 | $5,000.00 |
| 728 | 07/31/10 | $7,500.00 |
| 728 | 07/31/10 | $7,500.00 |
| 903509 | 07/16/10 | $7,500.00 |
| 903509V | 07/16/10 | -$7,500.00 |
| 903518 | 07/16/10 | $7,500.00 |
| 903508 | 07/01/10 | $7,500.00 |
| 903508V | 07/01/10 | -$7,500.00 |
| 903517 | 07/01/10 | $7,500.00 |
| 628 | 06/30/10 | $5,000.00 |
| 628 | 06/30/10 | $12,500.00 |
| 628 | 06/30/10 | $3,750.00 |
| 628 | 06/30/10 | $5,000.00 |
| 628 | 06/30/10 | $4,500.00 |
| 628 | 06/30/10 | $2,750.00 |
| 628 | 06/30/10 | $4,000.00 |
| 628 | 06/30/10 | $5,000.00 |
| 903507 | 06/16/10 | $7,500.00 |
| 903507V | 06/16/10 | -$7,500.00 |
| 903516 | 06/16/10 | $7,500.00 |
| 903506 | 05/31/10 | $7,500.00 |
| 903506V | 05/31/10 | -$7,500.00 |
| 903515 | 05/31/10 | $7,500.00 |
| 903505 | 05/17/10 | $7,500.00 |
| 903505V | 05/17/10 | -$7,500.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

## EXHIBIT A
## Larry Douglas McCann
## Transfers

| Reference No. | Date | Amount |
|---|---|---|
| 903514 | 05/17/10 | $7,500.00 |
| 903504 | 04/30/10 | $7,500.00 |
| 903504V | 04/30/10 | -$7,500.00 |
| 903513 | 04/30/10 | $7,500.00 |
| 428 | 04/30/10 | $5,000.00 |
| 428 | 04/30/10 | $4,250.00 |
| 428 | 04/30/10 | $4,800.00 |
| 428 | 04/30/10 | $3,500.00 |
| 428 | 04/30/10 | $5,800.00 |
| 428 | 04/30/10 | $7,500.00 |
| 428 | 04/30/10 | $2,000.00 |
| 428 | 04/30/10 | $5,000.00 |
| 428 | 04/30/10 | $9,500.00 |
| 428 | 04/30/10 | $5,000.00 |
| 428 | 04/30/10 | $7,500.00 |
| 428 | 04/30/10 | $4,000.00 |
| 428 | 04/30/10 | $7,500.00 |
| 903503 | 04/16/10 | $7,500.00 |
| 903503V | 04/16/10 | -$7,500.00 |
| 903512 | 04/16/10 | $7,500.00 |
| 903502 | 04/01/10 | $7,500.00 |
| 903502V | 04/01/10 | -$7,500.00 |
| 903511 | 04/01/10 | $7,500.00 |
| 328 | 03/31/10 | $3,500.00 |
| 328 | 03/31/10 | $4,824.99 |
| 328 | 03/31/10 | $4,250.00 |
| 328 | 03/31/10 | $2,830.98 |
| 328 | 03/31/10 | $4,000.00 |
| 328 | 03/31/10 | $3,500.00 |
| 328 | 03/31/10 | $5,000.00 |
| 328 | 03/31/10 | $4,500.00 |
| 328 | 03/31/10 | $4,750.00 |
| 328 | 03/31/10 | $5,920.77 |
| 328 | 03/31/10 | $5,000.00 |
| 328 | 03/31/10 | $1,500.00 |
| 328 | 03/31/10 | $5,000.00 |
| 328 | 03/31/10 | $3,750.00 |
| 328 | 03/31/10 | $4,750.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

**EXHIBIT A**
**Larry Douglas McCann**
**Transfers**

| Reference No. | Date | Amount |
|---|---|---|
| 328 | 03/31/10 | $3,500.00 |
| 328 | 03/31/10 | $8,500.00 |
| 903453 | 03/16/10 | $8,378.00 |
| 903453V | 03/16/10 | -$8,378.00 |
| 903501 | 03/16/10 | $7,500.00 |
| 903501V | 03/16/10 | -$7,500.00 |
| 903510 | 03/15/10 | $7,500.00 |
| 903446 | 03/01/10 | $8,378.00 |
| 903500 | 03/01/10 | $7,500.00 |
| 903500V | 03/01/10 | -$7,500.00 |
| 228 | 02/28/10 | $4,500.00 |
| 228 | 02/28/10 | $3,800.00 |
| 228 | 02/28/10 | $4,820.96 |
| 228 | 02/28/10 | $5,400.00 |
| 228 | 02/28/10 | $9,500.00 |
| 228 | 02/28/10 | $4,750.00 |
| 228 | 02/28/10 | $6,000.00 |
| 228 | 02/28/10 | $3,984.93 |
| 228 | 02/28/10 | $5,281.33 |
| 903438 | 02/16/10 | $8,378.00 |
| 118222 | 02/11/10 | $2,176.66 |
| 118222V | 02/11/10 | -$2,176.66 |
| 118224 | 02/11/10 | $2,176.66 |
| 903430 | 02/01/10 | $8,378.00 |
| 128 | 01/31/10 | $3,750.00 |
| 128 | 01/31/10 | $7,500.00 |
| 128 | 01/31/10 | $4,500.00 |
| 128 | 01/31/10 | $7,500.00 |
| 128 | 01/31/10 | $3,619.49 |
| 128 | 01/31/10 | $9,000.00 |
| 118186 | 01/22/10 | $4,250.00 |
| 903422 | 01/14/10 | $8,378.00 |
| 118159 | 01/14/10 | $2,176.66 |
| 118165 | 01/14/10 | $3,820.96 |
| 903412 | 12/31/09 | $8,378.00 |
| 903404 | 12/16/09 | $8,378.00 |
| 118068 | 12/14/09 | $6,000.00 |
| 118062 | 12/10/09 | $4,250.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

## EXHIBIT A
## Larry Douglas McCann
## Transfers

| Reference No. | Date | Amount |
|---|---|---|
| 57853 | 12/10/09 | $350.00 |
| 118054 | 12/07/09 | $4,000.00 |
| 903396 | 12/01/09 | $8,378.00 |
| 118031 | 11/25/09 | $3,618.44 |
| 118021 | 11/23/09 | $4,076.25 |
| 118002 | 11/17/09 | $3,118.86 |
| 903389 | 11/16/09 | $8,378.00 |
| 117996 | 11/12/09 | $3,500.00 |
| 117986 | 11/11/09 | $1,800.00 |
| 117974 | 11/09/09 | $8,500.00 |
| 117967 | 11/05/09 | $4,500.00 |
| 903383 | 10/29/09 | $8,378.00 |
| 117940 | 10/28/09 | $4,059.26 |
| 117941 | 10/28/09 | $3,000.00 |
| 117934 | 10/26/09 | $4,617.19 |
| 903377 | 10/15/09 | $8,378.00 |
| 117915 | 10/15/09 | $5,000.00 |
| 117907 | 10/14/09 | $6,627.63 |
| 117895 | 10/08/09 | $4,500.00 |
| 903369 | 10/01/09 | $8,378.00 |
| 903369V | 10/01/09 | -$8,378.00 |
| 903374 | 10/01/09 | $8,378.00 |
| 117879 | 10/01/09 | $4,950.00 |
| 117894 | 09/30/09 | $4,750.00 |
| 117871 | 09/29/09 | $4,800.00 |
| 117852 | 09/22/09 | $5,000.00 |
| 903362 | 09/16/09 | $8,378.00 |
| 117821 | 09/14/09 | $5,000.00 |
| 903355 | 09/01/09 | $8,378.00 |
| 117800 | 08/31/09 | $2,500.00 |
| **Transfers Within One Year Period:** | | **$647,689.36** |
| 117794 | 08/27/09 | $2,500.00 |
| 117787 | 08/24/09 | $2,500.00 |
| 117779 | 08/20/09 | $4,963.49 |
| 117780 | 08/20/09 | $4,000.00 |
| 903343 | 08/17/09 | $8,378.00 |
| 903343V | 08/17/09 | -$8,378.00 |
| 117761 | 08/17/09 | $2,500.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

## EXHIBIT A
## Larry Douglas McCann
## Transfers

| Reference No. | Date | Amount |
|---|---|---|
| 117762 | 08/17/09 | $3,000.00 |
| 903348 | 08/13/09 | $8,378.00 |
| 117733 | 08/10/09 | $9,500.00 |
| 117740 | 08/10/09 | $5,250.00 |
| 117741 | 08/10/09 | $3,106.11 |
| 117730 | 08/06/09 | $4,250.00 |
| 117718 | 08/03/09 | $8,500.00 |
| 117719 | 08/03/09 | $4,750.00 |
| 903336 | 07/30/09 | $8,378.00 |
| 117716 | 07/30/09 | $3,996.00 |
| 117703 | 07/28/09 | $2,703.35 |
| 117698 | 07/23/09 | $5,000.00 |
| 117699 | 07/23/09 | $2,000.00 |
| 117675 | 07/20/09 | $6,000.00 |
| 117676 | 07/20/09 | $6,500.00 |
| 903328 | 07/16/09 | $8,378.00 |
| 117658 | 07/13/09 | $4,635.43 |
| 117657 | 07/09/09 | $4,750.00 |
| 117643 | 07/06/09 | $5,750.00 |
| 117641 | 07/02/09 | $5,000.00 |
| 903321 | 07/01/09 | $8,378.00 |
| 117625 | 06/30/09 | $6,052.08 |
| 117622 | 06/29/09 | $9,500.00 |
| 117619 | 06/25/09 | $5,522.48 |
| 117607 | 06/22/09 | $5,500.00 |
| 117608 | 06/22/09 | $6,500.00 |
| 117600 | 06/18/09 | $4,927.31 |
| 903314 | 06/15/09 | $8,378.00 |
| 117583 | 06/15/09 | $4,331.77 |
| 117581 | 06/11/09 | $4,000.00 |
| 117573 | 06/09/09 | $4,015.81 |
| 117562 | 06/08/09 | $7,500.00 |
| 117563 | 06/08/09 | $8,470.81 |
| 903305 | 06/01/09 | $8,378.00 |
| 903305V | 06/01/09 | -$8,378.00 |
| 903308 | 06/01/09 | $8,378.00 |
| 903308V | 06/01/09 | -$8,378.00 |
| 903309 | 06/01/09 | $8,378.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

**EXHIBIT A**
**Larry Douglas McCann**
**Transfers**

| Reference No. | Date | Amount |
|---|---|---|
| 117544 | 06/01/09 | $3,750.00 |
| 117546 | 06/01/09 | $6,250.00 |
| 117522 | 05/26/09 | $7,500.00 |
| 117528 | 05/26/09 | $4,250.00 |
| 117529 | 05/26/09 | $3,250.00 |
| 117530 | 05/26/09 | $5,750.00 |
| 117520 | 05/21/09 | $2,500.00 |
| 903232V | 05/18/09 | -$15,589.51 |
| 903233V | 05/18/09 | -$15,589.51 |
| 903234V | 05/18/09 | -$33,014.47 |
| 117504 | 05/18/09 | $4,500.00 |
| 117505 | 05/18/09 | $5,000.00 |
| 903298 | 05/14/09 | $8,378.00 |
| 117492 | 05/11/09 | $4,000.00 |
| 903290 | 05/01/09 | $10,472.50 |
| 117457 | 04/28/09 | $1,543.00 |
| 117453 | 04/27/09 | $3,500.00 |
| 117454 | 04/27/09 | $4,750.00 |
| 117439 | 04/20/09 | $6,500.00 |
| 903283 | 04/16/09 | $10,472.50 |
| 117420 | 04/13/09 | $4,500.00 |
| 117421 | 04/13/09 | $4,000.00 |
| 117418 | 04/10/09 | $7,500.00 |
| 117410 | 04/09/09 | $4,800.00 |
| 117411 | 04/09/09 | $5,900.00 |
| 117399 | 04/03/09 | $7,500.00 |
| 903276 | 04/01/09 | $10,472.50 |
| 117379 | 03/30/09 | $7,500.00 |
| 117369 | 03/23/09 | $9,000.00 |
| 117365 | 03/20/09 | $4,500.00 |
| 903269 | 03/16/09 | $10,472.50 |
| 117336 | 03/16/09 | $4,000.00 |
| 117325 | 03/12/09 | $4,800.00 |
| 117314 | 03/09/09 | $7,500.00 |
| 117315 | 03/09/09 | $5,500.00 |
| 117306 | 03/05/09 | $9,500.00 |
| 117295 | 03/03/09 | $5,000.00 |
| 903262 | 03/02/09 | $10,472.50 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

**EXHIBIT A**
**Larry Douglas McCann**
**Transfers**

| Reference No. | Date | Amount |
|---|---|---|
| 117283 | 02/26/09 | $7,500.00 |
| 117270 | 02/23/09 | $4,800.00 |
| 117267 | 02/20/09 | $5,000.00 |
| 117268 | 02/20/09 | $10,000.00 |
| 117259 | 02/18/09 | $5,000.00 |
| 903255 | 02/16/09 | $10,472.50 |
| 117238 | 02/12/09 | $5,000.00 |
| 117226 | 02/09/09 | $5,000.00 |
| 117212 | 02/05/09 | $15,000.00 |
| 117213 | 02/05/09 | $5,000.00 |
| 903248 | 02/02/09 | $10,472.50 |
| 117167 | 01/26/09 | $5,500.00 |
| 117160 | 01/22/09 | $4,500.00 |
| 117161 | 01/22/09 | $7,500.00 |
| 117162 | 01/22/09 | $4,800.00 |
| 117144 | 01/19/09 | $9,500.00 |
| 903241 | 01/16/09 | $10,472.50 |
| 117124 | 01/12/09 | $7,500.00 |
| 903232 | 01/08/09 | $15,589.51 |
| 903233 | 01/08/09 | $15,589.51 |
| 903234 | 01/08/09 | $33,014.47 |
| 117109 | 01/07/09 | $4,800.00 |
| 903227 | 12/31/08 | $10,472.50 |
| 117092 | 12/31/08 | $4,800.00 |
| 117093 | 12/31/08 | $4,750.00 |
| 117079 | 12/29/08 | $12,500.00 |
| 117070 | 12/24/08 | $4,750.00 |
| 117071 | 12/24/08 | $8,500.00 |
| 117054 | 12/19/08 | $7,500.00 |
| 117055 | 12/19/08 | $4,750.00 |
| 903219 | 12/16/08 | $10,472.50 |
| 117027 | 12/12/08 | $4,496.71 |
| 117020 | 12/11/08 | $4,800.00 |
| 117021 | 12/11/08 | $7,500.00 |
| 116991 | 12/04/08 | $7,500.00 |
| 116992 | 12/04/08 | $4,800.00 |
| 903209 | 12/01/08 | $10,472.50 |
| 116976 | 12/01/08 | $4,500.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

## EXHIBIT A
## Larry Douglas McCann
## Transfers

| Reference No. | Date | Amount |
|---|---|---|
| 116957 | 11/25/08 | $8,500.00 |
| 116948 | 11/21/08 | $4,500.00 |
| 116942 | 11/20/08 | $4,750.00 |
| 116943 | 11/20/08 | $7,500.00 |
| 903199 | 11/14/08 | $10,472.50 |
| 116913 | 11/13/08 | $7,500.00 |
| 116914 | 11/13/08 | $4,500.00 |
| 116899 | 11/11/08 | $4,850.00 |
| 116888 | 11/06/08 | $12,500.00 |
| 903190 | 10/31/08 | $10,472.50 |
| 116867 | 10/30/08 | $4,800.00 |
| 116852 | 10/27/08 | $3,500.00 |
| 116853 | 10/27/08 | $8,750.00 |
| 116843 | 10/24/08 | $7,500.00 |
| 116844 | 10/24/08 | $4,500.00 |
| 116824 | 10/20/08 | $7,500.00 |
| 903182 | 10/16/08 | $10,472.50 |
| 116814 | 10/16/08 | $7,500.00 |
| 116815 | 10/16/08 | $4,500.00 |
| 116804 | 10/15/08 | $4,750.00 |
| 116798 | 10/10/08 | $12,500.00 |
| 116778 | 10/07/08 | $4,500.00 |
| 116772 | 10/06/08 | $4,750.00 |
| 116760 | 10/02/08 | $7,500.00 |
| 116761 | 10/02/08 | $4,500.00 |
| 903174 | 10/01/08 | $10,472.50 |
| 116746 | 09/29/08 | $7,750.00 |
| 116735 | 09/25/08 | $7,500.00 |
| 116736 | 09/25/08 | $4,750.00 |
| 116707 | 09/18/08 | $5,200.00 |
| 116708 | 09/18/08 | $4,800.00 |
| 903166 | 09/16/08 | $10,472.50 |
| 116695 | 09/11/08 | $8,500.00 |
| 116684 | 09/08/08 | $8,500.00 |
| 116685 | 09/08/08 | $4,500.00 |
| 116672 | 09/04/08 | $4,750.00 |
| 116673 | 09/04/08 | $7,500.00 |
| **Transfers Within Two Year Period:** | | **$1,588,859.71** |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

# EXHIBIT A
## Larry Douglas McCann
## Transfers

| Reference No. | Date | Amount |
|---|---|---|
| 903158 | 08/29/08 | $10,472.50 |
| 903152 | 08/28/08 | $10,472.50 |
| 903152V | 08/28/08 | -$10,472.50 |
| 116641 | 08/25/08 | $4,750.00 |
| 116637 | 08/22/08 | $7,500.00 |
| 116632 | 08/21/08 | $4,500.00 |
| 116633 | 08/21/08 | $9,500.00 |
| 116613 | 08/19/08 | $12,500.00 |
| 116614 | 08/19/08 | $4,750.00 |
| 903142 | 08/15/08 | $10,472.50 |
| 116591 | 08/12/08 | $4,500.00 |
| 116592 | 08/12/08 | $4,750.00 |
| 116586 | 08/08/08 | $4,500.00 |
| 116587 | 08/08/08 | $12,500.00 |
| 116573 | 08/05/08 | $4,750.00 |
| 903131 | 08/01/08 | $10,472.50 |
| 116536 | 07/24/08 | $4,500.00 |
| 116537 | 07/24/08 | $4,750.00 |
| 116538 | 07/24/08 | $9,300.00 |
| 903122 | 07/16/08 | $10,472.50 |
| 116496 | 07/15/08 | $4,500.00 |
| 116489 | 07/11/08 | $4,500.00 |
| 116490 | 07/11/08 | $7,500.00 |
| 116484 | 07/10/08 | $4,800.00 |
| 116472 | 07/07/08 | $7,500.00 |
| 116467 | 07/03/08 | $18,500.00 |
| 116456 | 07/02/08 | $4,500.00 |
| 903113 | 07/01/08 | $10,472.50 |
| 116442 | 06/30/08 | $4,750.00 |
| 116417 | 06/19/08 | $7,500.00 |
| 116418 | 06/19/08 | $3,500.00 |
| 116410 | 06/18/08 | $4,750.00 |
| 903103 | 06/16/08 | $10,472.50 |
| 116393 | 06/13/08 | $4,500.00 |
| 116394 | 06/13/08 | $12,500.00 |
| 116378 | 06/11/08 | $4,000.00 |
| 116379 | 06/11/08 | $4,700.00 |
| 116365 | 06/06/08 | $4,800.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

# EXHIBIT A
## Larry Douglas McCann
## Transfers

| Reference No. | Date | Amount |
|---|---|---|
| 116366 | 06/06/08 | $12,500.00 |
| 903095 | 06/02/08 | $10,472.50 |
| 116345 | 05/30/08 | $6,950.00 |
| 903091 | 05/29/08 | $25,928.69 |
| 903092 | 05/29/08 | $25,928.69 |
| 116322 | 05/23/08 | $4,500.00 |
| 116323 | 05/23/08 | $4,750.00 |
| 116303 | 05/20/08 | $7,500.00 |
| 903086 | 05/16/08 | $10,472.50 |
| 116284 | 05/14/08 | $4,800.00 |
| 116285 | 05/14/08 | $4,750.00 |
| 903081 | 05/08/08 | $21,994.77 |
| 903082 | 05/08/08 | $21,994.77 |
| 116255 | 05/06/08 | $4,750.00 |
| 903076 | 05/01/08 | $10,472.50 |
| 116227 | 04/25/08 | $4,500.00 |
| 116228 | 04/25/08 | $12,500.00 |
| 116203 | 04/18/08 | $4,500.00 |
| 116204 | 04/18/08 | $8,500.00 |
| 903069 | 04/16/08 | $10,472.50 |
| 116188 | 04/15/08 | $15,000.00 |
| 116185 | 04/14/08 | $4,500.00 |
| 116176 | 04/10/08 | $8,500.00 |
| 116177 | 04/10/08 | $4,800.00 |
| 116150 | 04/03/08 | $4,500.00 |
| 903062 | 04/01/08 | $10,472.50 |
| 116132 | 03/31/08 | $4,800.00 |
| 116112 | 03/20/08 | $4,800.00 |
| 116113 | 03/20/08 | $7,500.00 |
| 903054 | 03/17/08 | $10,472.50 |
| 116096 | 03/14/08 | $7,500.00 |
| 903047 | 03/04/08 | $15,654.20 |
| 903048 | 03/04/08 | $15,409.63 |
| 903049 | 03/04/08 | $6,583.53 |
| 116050 | 03/04/08 | $6,500.00 |
| 116051 | 03/04/08 | $4,500.00 |
| 903044 | 02/29/08 | $10,472.50 |
| 116013 | 02/19/08 | $4,800.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

**EXHIBIT A**
**Larry Douglas McCann**
**Transfers**

| Reference No. | Date | Amount |
|---|---|---|
| 116014 | 02/19/08 | $4,500.00 |
| 903037 | 02/15/08 | $10,472.50 |
| 903031 | 02/12/08 | $16,302.64 |
| 903031V | 02/12/08 | -$16,302.64 |
| 903032 | 02/12/08 | $15,654.20 |
| 903033 | 02/12/08 | $15,654.20 |
| 115988 | 02/11/08 | $8,500.00 |
| 115989 | 02/11/08 | $4,750.00 |
| 115985 | 02/08/08 | $4,500.00 |
| 115980 | 02/07/08 | $7,500.00 |
| 115981 | 02/07/08 | $4,750.00 |
| 903023 | 02/01/08 | $10,472.50 |
| 115937 | 01/28/08 | $4,750.00 |
| 115938 | 01/28/08 | $8,500.00 |
| 115930 | 01/24/08 | $8,500.00 |
| 115931 | 01/24/08 | $4,800.00 |
| 115924 | 01/22/08 | $7,500.00 |
| 115919 | 01/18/08 | $4,500.00 |
| 115920 | 01/18/08 | $4,800.00 |
| 903014 | 01/15/08 | $10,472.50 |
| 115899 | 01/14/08 | $4,500.00 |
| 115900 | 01/14/08 | $4,750.00 |
| 115889 | 01/10/08 | $8,500.00 |
| 115886 | 01/09/08 | $4,750.00 |
| 115874 | 01/04/08 | $7,500.00 |
| 115875 | 01/04/08 | $4,800.00 |
| 115869 | 01/03/08 | $15,000.00 |
| 115870 | 01/03/08 | $4,800.00 |
| 902999 | 12/28/07 | $10,472.50 |
| 115858 | 12/28/07 | $4,500.00 |
| 115856 | 12/27/07 | $7,500.00 |
| 115857 | 12/27/07 | $4,750.00 |
| 115839 | 12/21/07 | $6,250.00 |
| 115840 | 12/21/07 | $4,500.00 |
| 902990 | 12/17/07 | $10,472.50 |
| 115827 | 12/17/07 | $4,500.00 |
| 115828 | 12/17/07 | $6,500.00 |
| 115821 | 12/14/07 | $6,250.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

# EXHIBIT A
## Larry Douglas McCann
**Transfers**

| Reference No. | Date | Amount |
|---|---|---|
| 115822 | 12/14/07 | $4,750.00 |
| 115787 | 12/06/07 | $3,500.00 |
| 115788 | 12/06/07 | $4,750.00 |
| 115776 | 12/03/07 | $14,000.00 |
| 902981 | 11/30/07 | $10,472.50 |
| 115756 | 11/26/07 | $7,000.00 |
| 115757 | 11/26/07 | $4,800.00 |
| 115758 | 11/26/07 | $4,750.00 |
| 115741 | 11/21/07 | $5,000.00 |
| 115725 | 11/19/07 | $7,500.00 |
| 115726 | 11/19/07 | $8,500.00 |
| 902955 | 11/15/07 | $10,472.50 |
| 115713 | 11/14/07 | $4,800.00 |
| 115714 | 11/14/07 | $4,750.00 |
| 115703 | 11/13/07 | $7,325.00 |
| 115694 | 11/08/07 | $10,000.00 |
| 115675 | 11/02/07 | $4,800.00 |
| 115676 | 11/02/07 | $4,000.00 |
| 902914 | 11/01/07 | $10,472.50 |
| 115673 | 11/01/07 | $10,000.00 |
| 115654 | 10/29/07 | $10,000.00 |
| 115655 | 10/29/07 | $3,750.00 |
| 115648 | 10/25/07 | $3,000.00 |
| 115649 | 10/25/07 | $4,750.00 |
| 902884 | 10/16/07 | $10,472.50 |
| 115570 | 10/03/07 | $6,800.00 |
| 115571 | 10/03/07 | $7,500.00 |
| 902852 | 10/01/07 | $10,472.50 |
| 115561 | 09/27/07 | $7,500.00 |
| 115556 | 09/26/07 | $4,750.00 |
| 115548 | 09/24/07 | $7,500.00 |
| 115538 | 09/20/07 | $9,250.00 |
| 115532 | 09/19/07 | $4,750.00 |
| 115524 | 09/17/07 | $9,000.00 |
| 902821 | 09/14/07 | $10,472.50 |
| 115511 | 09/13/07 | $6,500.00 |
| 115492 | 09/10/07 | $7,500.00 |
| 902792 | 09/06/07 | $25,000.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

**EXHIBIT A**
**Larry Douglas McCann**
**Transfers**

| Reference No. | Date | Amount |
|---|---|---|
| 115476 | 09/04/07 | $4,750.00 |
| 115477 | 09/04/07 | $4,500.00 |
| 902789 | 08/31/07 | $10,472.50 |
| 115469 | 08/30/07 | $4,500.00 |
| 115470 | 08/30/07 | $12,000.00 |
| 115458 | 08/27/07 | $4,800.00 |
| 115455 | 08/24/07 | $7,500.00 |
| 115456 | 08/24/07 | $5,000.00 |
| 115434 | 08/20/07 | $7,500.00 |
| 115435 | 08/20/07 | $6,000.00 |
| 902743 | 08/16/07 | $10,472.50 |
| 902760 | 08/16/07 | $25,000.00 |
| 115409 | 08/13/07 | $7,500.00 |
| 115410 | 08/13/07 | $6,000.00 |
| 115401 | 08/07/07 | $4,000.00 |
| 902725 | 08/06/07 | $25,000.00 |
| 902725V | 08/06/07 | -$25,000.00 |
| 902726 | 08/06/07 | $25,000.00 |
| 115391 | 08/03/07 | $4,500.00 |
| 115382 | 08/02/07 | $1,156.25 |
| 115383 | 08/02/07 | $8,500.00 |
| 115384 | 08/02/07 | $4,750.00 |
| 902706 | 08/01/07 | $10,472.50 |
| 115359 | 07/27/07 | $4,800.00 |
| 115347 | 07/23/07 | $4,500.00 |
| 115348 | 07/23/07 | $4,800.00 |
| 115341 | 07/20/07 | $4,500.00 |
| 115342 | 07/20/07 | $4,750.00 |
| 902671 | 07/16/07 | $10,472.50 |
| 115311 | 07/11/07 | $4,800.00 |
| 115312 | 07/11/07 | $4,500.00 |
| 115297 | 07/09/07 | $4,800.00 |
| 115298 | 07/09/07 | $8,500.00 |
| 115290 | 07/05/07 | $6,500.00 |
| 115291 | 07/05/07 | $4,500.00 |
| 902641 | 07/02/07 | $10,472.50 |
| 115271 | 07/02/07 | $4,800.00 |
| 115267 | 06/29/07 | $4,750.00 |

In re Standco Industries, Inc.
In the United States Bankruptcy
Court for the Southern District of
Texas, Houston Division
Case No. 10-37364

## EXHIBIT A
## Larry Douglas McCann
## Transfers

| Reference No. | Date | Amount |
|---|---|---|
| 115259 | 06/26/07 | $3,000.00 |
| 115251 | 06/22/07 | $3,750.00 |
| 115247 | 06/21/07 | $4,500.00 |
| 115248 | 06/21/07 | $4,250.00 |
| 115235 | 06/19/07 | $4,800.00 |
| 902610 | 06/15/07 | $10,472.50 |
| 902610V | 06/15/07 | -$10,472.50 |
| 902614 | 06/15/07 | $10,472.50 |
| 115225 | 06/14/07 | $4,500.00 |
| 115222 | 06/12/07 | $4,750.00 |
| 115198 | 06/05/07 | $4,750.00 |
| 115194 | 06/04/07 | $6,000.00 |
| 902566 | 06/01/07 | $10,472.50 |
| 115181 | 05/29/07 | $4,750.00 |
| 115182 | 05/29/07 | $4,750.00 |
| 115176 | 05/24/07 | $4,000.00 |
| 115155 | 05/17/07 | $4,750.00 |
| 115156 | 05/17/07 | $4,500.00 |
| 902533 | 05/16/07 | $10,472.50 |
| 115147 | 05/16/07 | $2,621.22 |
| 115135 | 05/10/07 | $4,750.00 |
| 115118 | 05/04/07 | $4,500.00 |
| 115119 | 05/04/07 | $4,000.00 |
| 902504 | 05/01/07 | $10,472.50 |
| **Transfers Within Four Year Period:** | | **$3,146,657.36** |